**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 14, 2012

No. 12-60041

Lyle W. Cayce
Clerk

GENON WEST, L.P., formerly known as Reliant Energy, also known as
Etiwanda, L.L.C.,

Petitioner-Cross-Respondent

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent-Cross-Petitioner

Petition for Review and Cross-Application for Enforcement
of an Order of the National Labor Relations Board
(31-CA-25155 and 31-RC-8023)

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The petitioner's Petition for Review is DENIED. The order of the National Labor Relations Board is ENFORCED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.